David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
RAYMOND H. JENKINS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND H. JENKINS,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC. d/b/a CITIMORGAGE aka CITI,<br><br>Defendant. | Case No.: **2:18-cv-01239-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN RAYMOND H. JENKINS AND <u>CITIGROUP, INC. DBA CITIMORGAGE AKA CITI</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between RAYMOND H. JENKINS ("Plaintiff") and Defendant CITIGROUP, INC. DBA CITIMORGAGE AKA CITI ("CITI") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CITI, with Prejudice, within 60 days. Plaintiff requests

that all pending dates and filing requirements as to CITI be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to CITI.

Dated: August 20, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
**RAYMOND H. JENKINS**

**IT IS ORDERED** that the settling parties shall have until **October 22, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: August 21, 2018

Peggy A. Leen
United States Magistrate Judge